UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 18 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **MOHAMEDOU OULD SLAHI**<br>Camp Delta Guantanamo Bay<br>Washington, D.C. 20355<br><br>        Petitioner<br><br>        v.<br><br>GEORGE W. BUSH,<br>President of the United States<br><br>DONALD RUMSFELD,<br>Secretary, United States Department<br>of Defense<br><br>ARMY BRIG. GEN. JAY HOOD<br>Commander, Joint Task Force-<br>GTMO<br><br>ARMY COL. BRICE GYURISKO<br>Commander, Joint Detention<br>Operations Group, JTF - GTMO | Leave to file without<br>Prepayment of Cost **GRANTED**<br><br>*Royce C. Lamberth*<br><br>Civil Action No.<br>CASE NUMBER: 1:05CV0995<br>JUDGE: GLADYS KESSLER<br>DECK TYPE: HABEAS CORPUS/2255<br>DATE STAMP: 05/18/05 |

**PETITION FOR WRIT OF HABEAS CORPUS**

23 feb 2005

Hello, Ladies and Gentlemen,

I (Mohamedou Ould S'lahi, detained in GTMO under ISN # 760) herewith am filing for a petition for writ of habeas corpus.

As to the history of my detention, I turned myself in, on September 29th, 2001 to my government in Nouakchott, which extradited me eventually to the U.S. I have not done any crimes, nor did the U.S government press any charges against me. Thus I am asking for my freedom.

I received the decision of the Combattant Status Review Board on 22 Feb 2005.

Regards,

Ould S'lahi

RECEIVED
MAR 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Reverse of DA FORM 2667-R, May 82

FILED
05 0995    MAY 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SENDER:

Name (Last, First MI) SLAHI, MOHAMMEDOU OULD

Internment Serial Number: 760

Date and Place of Birth:

Name of Camp: (Echo)

Country where posted:

(Fold on this line)

MAIL LETTER

Language English

To U.S District Court for the District of Columbia

Street 333 Constitution Avenue, N.W

City Washington, DC 20001

Country U.S

Province or Department

(Fold on this line)

DO NOT WRITE HERE

(Fold on this line)

A FORM 2667-R, May 82   EDITION OF 1 JUL 63 IS OBSOLETE.   For use of this form, see the proponent agency is DCSPER.