IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMEDUO OULD SLAHI,**<br>Camp Delta Guantanamo Bay<br>Washington, D.C. 20355<br><br>Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH,**<br>President of the United States<br><br>**DONALD RUMSFELD,**<br>Secretary, United States Department<br>of Defense<br><br>**ARMY BRIG. GEN. JAY HOOD,**<br>Commander, Joint Task Force -<br>GTMO<br><br>**ARMY COL. BRICE GYURISKO,**<br>Commander, Joint Detention<br>Operations Group, JTF - GTMO<br><br>Respondent. | Civil Action No. 1:05CV0995<br>Judge: Gladys Kessler |

## ENTRY OF APPEARANCE

The law office of **Sylvia Royce (Sylvia Royce)** and the law firm of **FREEDMAN BOYD DANIELS HOLLANDER & GOLDBERG, P.A. (Nancy Hollander and Theresa M. Duncan)** hereby enter their appearance on behalf of **MOHAMEDUO OULD SLAHI** in the above-captioned matter.

Certificates from the Supreme Court of the State of New Mexico are attached hereto for Nancy Hollander and Theresa M. Duncan, which verify they are members in good standing and

Nancy Hollander and Theresa M. Duncan, which verify they are members in good standing and not presently under either administrative or disciplinary suspension, and that no disciplinary action involving professional misconduct has been taken against their law licenses. Nancy Hollander and Theresa M. Duncan aver that they have never been held in contempt by any court, nor have they ever been publicly reprimanded, censured, or disbarred by any court.

### CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioner, **MOHAMEDUO OULD SLAHI**, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

Dated: July 12, 2005

Respectfully submitted,

**Law Office of Sylvia Royce**

By: /s/ Sylvia Royce
    Sylvia Royce, *pro bono*
    DC Bar Number 924035
5505 Connecticut Ave., N.W. #340
Washington, D.C. 20015
Telephone: (202) 362-3445
Fax: (202) 686-4271
sylvia_royce@hotmail.com

**FREEDMAN BOYD DANIELS HOLLANDER & GOLDBERG P.A.**

By: /s/ Nancy Hollander
    Nancy Hollander, *pro bono*
    Theresa M. Duncan, *pro bono*
20 First Plaza, Suite 700
Albuquerque, NM 87102
Telephone:(505) 842-9960
Fax:    (505) 842-0761
nh@fbdlaw.com
tmd@fbdlaw.com



## IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# *Certificate*

STATE OF NEW MEXICO }
} ss.
SUPREME COURT }

I, KATHLEEN JO GIBSON, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that **NANCY HOLLANDER** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on ____October 10, 1978____, and has at all times since been and is now a member of the Bar of said Supreme Court in good standing.

"Good standing" means that the attorney is current on payment of State Bar dues; has complied with Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

WITNESS, My official signature and the seal of said Court this ___12th___ day of

____July, 2005____.

*Kathleen Jo Gibson*
Chief Clerk of the Supreme Court
of the State of New Mexico



# IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

# Certificate

STATE OF NEW MEXICO }
                    } ss.
SUPREME COURT       }

I, KATHLEEN JO GIBSON, Chief Clerk of the Supreme Court of the State of New Mexico hereby certify that **THERESA DUNCAN** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on _October 3, 2000_, and has at all times since been and is now a member of the Bar of said Supreme Court in good standing.

"Good standing" means that the attorney is current on payment of State Bar dues; has complied with Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

WITNESS, My official signature and the seal of said Court this __12th__ day of __July, 2005__.

_Kathleen J. Gibson_
Chief Clerk of the Supreme Court
of the State of New Mexico