**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MOHAMMEDOU OULD SALAHI, *et al.*, Petitioners, v. GEORGE W. BUSH, *et al.*, Respondents. | : | Civil Action No. 05-0569 (JR) |
| MOHAMEDOUO OULD SLAHI, Petitioner, v. GEORGE W. BUSH, *et al.*, Respondents. | : | Civil Action No. 05-0881 (JR) |
| MOHAMEDOU OULD SLAHI, Petitioner, v. GEORGE W. BUSH, *et al.*, Respondents. | : | Civil Action No. 05-0995 (JR) |

**ORDER**

It appearing that petitioner Mohamedou Ould Slahi in Civil Action No. 05-0995 and petitioner Mohameduo Ould Slahi in Civil Action No. 05-0881 are the same person as petitioner Mohammedou Ould Salahi in Civil Action No. 05-0569, it is by the Court *sua sponte* **ORDERED** that No. 05-0995 and No. 05-0881 be consolidated with No. 05-0569. It is

**FURTHER ORDERED** that the Clerk's Office close No. 05-0995 and No. 05-0881. It is

**FURTHER ORDERED** that all filings with this Court **shall be filed only** in No. 05-0569.

JAMES ROBERTSON
United States District Judge