## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MOHAMEDOU OULD SALAHI,**            )
    **Petitioner/Plaintiff,**            )
                      )            **Case No. 1:05cv0569(JR)**
    **v.**            )            **1:05cv0881(JR)**
                      )            **1:05cv0995(JR)**
**GEORGE W. BUSH, et al.,**            )
    **Respondents/Defendants.**            )

### (PROPOSED) ORDER

Upon consideration Petitioner's motion to strike Respondents' reply, it is hereby

ORDERED that Respondents' Reply in Support of Motion for Authorization of Special Litigation Team to Conduct Litigation on Behalf of DOD Privilege Team shall be and the same hereby is

STRICKEN.

DATED: _____            _____
                                          United States Magistrate Judge