**Cleared by the CSO for Public Filing**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMEDOU OULD SALAHI, | ) | |
| Petitioner/Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:05cv0569 (JR) |
| | ) | |
| GEORGE W. BUSH, et al., | ) | |
| Respondents/Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE TO RESPONDENT'S MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS

Petitioner Mohamedou Ould Slahi[1] respectfully requests an extension of time in which to file a response to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials, up to and including August 21, 2006. As grounds for his request, Mr. Slahi states:

1. At the end of the day on Friday, July 7, 2006, Respondents filed a motion requesting procedures regarding the review of privileged attorney-client communications that the government seized from the prisoners at Guantanamo Bay Naval Base during an investigation of apparent suicides that occurred in early June.

2. Respondents sought expedited consideration of their motion, proposing that opposition briefs be filed by July 17. Opposition briefs would otherwise be due on July 21.

3. In their pleadings, Respondents provide no specific, individualized information regarding Mr. Slahi, nor do they cite any specific need to invade his privileged relationship with his attorneys. Respondents' pleadings also fail to contain any

---

[1] Although Mr. Slahi's name is spelled "Mohammedou Ould Salahi" in the caption of this case, he spells his name "Mohamedou Ould Slahi."

information suggesting that Mr. Slahi or his attorneys were connected in any way with the tragic deaths of the three Guantanamo Bay prisoners.

4.      The last letter counsel received from Mr. Slahi was dated June 14, 2006.  Mr. Slahi is a prolific writer and faithfully sends counsel a letter every week or so.  It is extremely unusual for so much time to lapse between letters, and the lapse is particularly troubling given the representations in Respondents' motion.

5.      Because of their lack of communication with Mr. Slahi, counsel cannot appropriately or ethically respond to Respondents' motion without first discussing with him the serious factual allegations and legal issues raised therein.

6.      Attorney Theresa Duncan will be visiting Mr. Slahi at the Guantanamo Bay prison from August 8-9, returning to her office in Albuquerque, New Mexico on August 10, which is a Thursday.

7.      Pursuant to the Protective Order entered in this case, Ms. Duncan cannot share any statements made by Mr. Slahi during that visit with her Washington, D.C.-based co-counsel except face-to-face in a secure location.  In addition, Ms. Duncan cannot prepare a response to Respondents' motion that includes statements made during that visit except from the Secure Facility.  As such, if Ms. Duncan determines that it is necessary to include information provided by Mr. Slahi in the response to Respondents' motion, she must travel to Washington, D.C. to do so.

8.      Accordingly, counsel is requesting an extension to Monday, August 21, 2006, which is ten days after Ms. Duncan's return from Guantanamo, to file a response to Respondents' motion.

9.      As Respondents waited almost one month following the prisoners' deaths before filing their motion, Respondents should suffer no hardship in allowing Mr. Slahi additional time to discuss an appropriate response with his counsel.[2]

10.     Undersigned counsel attempted to confer with counsel for Respondents as required by LCvR 7(m), but was unable to reach him.  Based on Respondents' request for an expedited briefing schedule, Mr. Slahi presumes Respondents oppose this motion.

        WHEREFORE, for the reasons set forth above, Petitioner Mohamedou Ould Slahi respectfully requests an extension of time in which to file a response to Respondents' Motion for Procedures Related to Review of Certain Detainee Materials, up to and including August 21, 2006.

Dated:  July 19, 2006

---

[2] Moreover, further proceedings with respect to Respondents' motion may be moot as a settlement conference dealing with the issues raised in the motion is scheduled for July 19, 2006.

Respectfully submitted,

FREEDMAN BOYD DANIELS
HOLLANDER & GOLDBERG P.A.

Sylvia Royce, *pro bono*
DC Bar Number 924035
Law Office of Sylvia Royce
5505 Connecticut Avenue NW #340
Washington, DC 20015
Tel: (202) 362-3445
Fax: (202) 686-4271
sylvia_royce@hotmail.com

Nancy Hollander, *pro bono*
Theresa M. Duncan, *pro bono*
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 (facsimile)
nh@fbdlaw.com
tmd@fbdlaw.com

Counsel for Petitioner Mohamedou Ould Slahi