IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMEDOU OULD SALAHI,     )<br>    Petitioner/Plaintiff            )<br>                                                     )<br>v.                                                  )<br>                                                     )<br>GEORGE W. BUSH, et al.,            )<br>    Respondents/Defendants.    ) | Case No. 1:05cv0569 (JR/AK) |

## ORDER

UPON CONSIDERATION of Petitioner's motion for extension of time in which to respond to Respondent's Motion for Procedures Related to Review of Certain Detainee Materials, up to and including August 21, 2006, it is

ORDERED that Petitioner's motion is hereby GRANTED; and it is

FURTHER ORDERED that Petitioner shall have until August 21, 2006 to file his response to Respondent's Motion for Procedures Related to Review of Certain Detainee Materials.

IT IS SO ORDERED on this _____ day of _____, 2006.

_____
THE HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT COURT JUDGE