UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMEDOU OULD SALAHI,

    Petitioner,

v.

GEORGE W. BUSH,
President of the United States, *et al.*,

    Respondents.

Civil Action No. 05-0569 (JR)(AK)

**ORDER**

Upon consideration of Petitioner's Second Unopposed Motion for Extension of Time for Filing Response to Privilege Team's Motion for Leave to Submit Supplemental Declaration in Further Support of Privilege Team's Motion to Maintain Protected Designation of Petitioner's Narrative, up to and including September 15, 2006, it is this _22nd_ day of August, 2006 hereby

ORDERED that Petitioner's motion is GRANTED.

SO ORDERED.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE